**Date Signed:**
**April 10, 2025**



SO ORDERED.

Robert J. Faris
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br><br>WING SPIRIT, INC.,<br><br>Debtor. | Case No. 20-01383<br>Chapter 7 |
| DANE S. FIELD, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>HONDA AIRCRAFT COMPANY, LLC, et al.,<br><br>Defendants. | Adversary Proceeding No. 22-90020 |

## RECOMMENDATION TO DISTRICT COURT
## TO WITHDRAW REFERENCE TO CONDUCT JURY TRIAL

The debtor in the underlying bankruptcy case, WING SPIRIT, INC.,

filed a chapter 11 petition on November 30, 2020. On motion of the U.S.

Trustee, the case was converted to one under chapter 7 and Dane S. Field, plaintiff in this action, was appointed as trustee.

This adversary proceeding commenced on November 28, 2022, and after disposition of several motions to dismiss, the plaintiff filed a Second Amended Complaint ("SAC") on May 10, 2024.[1] The defendants have answered the SAC and some have demanded a jury trial. The plaintiff moved to strike the jury demands, but I denied the motion in an order entered April 9, 2025.[2]

Therefore, I recommend that reference of this adversary proceeding be withdrawn to schedule a jury trial before a district judge. I further recommend that to facilitate a prompt resolution of this matter, the district court continue to refer the matter to me for all other purposes until ninety days prior to the trial date, including setting and adjusting deadlines for discovery and filing motions to compel discovery, as well as motions to dismiss and for summary judgment. Alternatively, the district court may

---

[1] ECF No. 246.
[2] ECF No. 433.

wish to withdraw reference completely now and address all remaining pretrial matters itself.

The clerk shall transmit this recommendation to the district court together with a copy of the adversary proceeding docket sheet.

**END OF RECOMMENDATION**