IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| DANE S. FIELD,<br>Chapter 7 Trustee,<br><br>            Plaintiff,<br><br>       vs.<br><br>HONDA AIRCRAFT<br>COMPANY, LLC, *et al.*,<br><br>            Defendants. | Civil No. 25-00153-SASP-RT<br><br>ORDER ADOPTING<br>RECOMMENDATION TO<br>DISTRICT COURT TO WITHDRAW<br>REFERENCE TO CONDUCT TRIAL |

**ORDER ADOPTING RECOMMENDATION TO DISTRICT
COURT TO WITHDRAW REFERENCE TO CONDUCT TRIAL**

On April 10, 2025, U.S. Bankruptcy Judge Robert J. Faris issued a Recommendation to District Court to Withdraw Reference to Conduct Jury Trial ("Recommendation"). [ECF No. 1-1.] Judge Faris recommended that this Court withdraw reference of this adversary proceeding to schedule a jury trial before a district judge. [*Id.* at PageID.3.] Judge Faris further recommended that the adversary proceeding remain in bankruptcy court for all other purposes until ninety (90) days prior to the trial date, including setting and adjusting deadlines for discovery and filing motions to join parties, amend the complaint, compel discovery, as well as motions to dismiss and for summary judgment. [*Id.*]

On April 21, 2025, the Court directed the parties to file any objections to the Recommendation by May 5, 2025. [ECF No. 3.] There being no objections, the Court ADOPTS Judge Faris' Recommendation.

Magistrate Judge Trader shall issue a scheduling order setting a trial date and related trial deadlines. This matter will remain with Judge Faris for all other purposes until ninety (90) days before trial.

IT IS SO ORDERED.

DATED: May 6, 2025, at Honolulu, Hawai'i.



Shanlyn A.S. Park
United States District Judge